**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose ALBA–HERNANDEZ, Defendant—Appellant.**

No. 00–50279.

D.C. No. CR–93–00920–TJH–1.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 29, 2001.

Before HAWKINS, TASHIMA and GOULD, Circuit Judges.

### MEMORANDUM **

Jose Alba–Hernandez appeals the district court's revocation of his supervised release term, following his admission to four violations of his release. Alba–Hernandez's attorney has moved to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that the appeal presents no arguable issues. Alba–Hernandez did not file a pro se supplemental brief.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

The district court did not err in imposing a consecutive, rather than a concurrent, sentence. *United States v. Steffen,* 251 F.3d 1273, 1277–79 (9th Cir.2001). Because our independent review of the record discloses no further arguable issues, counsel's motion to withdraw is granted and the judgment is

**AFFIRMED.**

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.